IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TYRONE LEARONE McCURDY,  )
)
Petitioner,  )
)
v.  )
)
DIRECTOR, TDCJ-CID,  )
)
Respondent.  )   Civil Action No. 3:16-CV-2669-C-BT

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 should be denied with prejudice.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Petitioner's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] Petitioner has filed timely objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** with prejudice.

SO ORDERED.

Dated November 30, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE